# View Paycheck

Gianna Mayes

Hide

|  |  |  |  |
|---|---|---|---|
|  |  | Net Pay: | $1,437.39 |
| Company: | Progressive RSC, Inc |  |  |
| Address: | P.O. Box 94523 | Pay Begin Date: | 04/03/2011 |
|  | Cleveland, OH 44101-4523 | Pay End Date: | 04/16/2011 |
|  |  | Check Date: | 04/21/2011 |

Review the details of your paycheck. To view other checks, select   View a Different Paycheck

## General

| Name: | Gianna B Mayes | Business Unit: | PRGCP |
|---|---|---|---|
| Employee ID: |  | Pay Group: | Progressive Resource Services |
| Address: | 1438 Newport Dr | Department: | 05494 - Legal-Quality |
|  | Macedonia, OH 44056 | Location: | Campus I ( Mayfield Village) |
|  |  | Job Title: | Process Cons II |
|  |  | Pay Rate: | $2,016.43 Biweekly |

## Tax Data

| Fed Marital Status: | Married | OH Marital Status: | Single |
|---|---|---|---|
| Fed Allowances: | 5 | OH Allowances: | 1 |
| Fed Addl Percent: | 0.000 | OH Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | OH Addl Amount: | $0.00 |

## Paycheck Summary

Hide

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,056.43 | 1,829.60 | 290.23 | 328.81 | 1,437.39 |

| Earnings | Taxes |
|---|---|

# View Paycheck

Gianna Mayes
Hide

**Company:**
Progressive RSC, Inc

**Address:**
P.O. Box 94523
Cleveland, OH 44101-4523

**Net Pay:** $1,512.93

**Pay Begin Date:** 04/17/2011
**Pay End Date:** 04/30/2011
**Check Date:** 05/05/2011

Review the details of your paycheck. To view other checks, select View a Different Paycheck

## General

| | | | |
|---|---|---|---|
| **Name:** | Gianna B Mayes | **Business Unit:** | PRGCP |
| **Employee ID:** | 038995 | **Pay Group:** | Progressive Resource Services |
| **Address:** | 1438 Newport Dr | **Department:** | 05494 - Legal-Quality |
| | Macedonia, OH 44056 | **Location:** | Campus I ( Mayfield Village) |
| | | **Job Title:** | Process Cons II |
| | | **Pay Rate:** | $2,016.43  Biweekly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **OH Marital Status:** | Single |
| **Fed Allowances:** | 5 | **OH Allowances:** | 1 |
| **Fed Addl Percent:** | 0.000 | **OH Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **OH Addl Amount:** | $0.00 |

## Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,056.43 | 1,829.59 | 290.23 | 253.27 | 1,512.93 |
| YTD | 20,329.71 | 18,240.14 | 2,622.41 | 2,885.15 | 14,822.15 |

Hide

05/03/2011 06:43 FAX 440 446 3976 PROGRESSIVE INSURANCE ☑008/010